**Order entered May 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00177-CV

### EX PARTE JOHN CLOUD

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X-13-1239-P**

## ORDER

By order entered April 15, 2014, we referred appellant's amended affidavit of indigence to the trial court. We set April 21, 2014 as the deadline for filing any contests to the affidavit and May 1, 2014 as the deadline for the hearing on any contests. We subsequently directed the trial court clerk to file either (1) a supplemental clerk's record containing copies of any contests and any order on the contests or (2) written verification that no contests were filed. On May 20, 2014, the trial court clerk filed a letter informing us that no hearing had been held "on contest filed." Because nothing before us reflects the trial court extended the time for conducting the hearing, appellant's allegations in his affidavit are deemed true and he is allowed to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(i). Accordingly, we **ORDER** Dallas County District Clerk Gary Fitzsimmons and Lisabeth Kellett, Official Court Reporter of the 203rd Judicial District Court, to file the appellate record no later than June 23, 2014.

/s/     ELIZABETH LANG-MIERS
         JUSTICE